

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2026

No. 04-26-00012-CV

**IN RE** Andrew M. **PARKER**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
              Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice

Relator filed his petition for writ of mandamus and emergency motion for temporary relief on January 6, 2026. Having reviewed the petition, motion, and accompanying record, this court has determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT.**

It is so **ORDERED** on January 14, 2026.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2026.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2012-CI-05517, styled *Fidelity National Title Insurance Company v. Andrew M. Parker*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.